Case 1:19-cv-01925-NRB   Document 49   Filed 11/15/19   Page 1 of 1

ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LLOYD HAYNES,

Docket No.: 19-CV-01925

                              Plaintiff,

- against -

**ORDER**

THE CITY OF NEW YORK, et al.,

                              Defendant.
------------------------------------------------------------------X

HON. NAOMI REICE BUCHWALD, U.S.D.J.:

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants have until on or before December 13, 2019, to move to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure Rule 12(b)(6);

2. Plaintiff have five (5) weeks, or until January 17, 2020, to serve Opposition, if any, to Defendants' motion; and

3. Defendants have until February 11, 2020, to serve a response, if any, to Plaintiff.

Date: New York, New York
~~November 15, 2019~~

SO ORDERED:

HON. NAOMI REICE BUCHWALD  11/18/19
UNITED STATES DISTRICT JUDGE

2134676.1