UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LLOYD HAYNES,                                          19-CV-01925

                Plaintiff,

- against -

THE CITY OF NEW YORK, et.al.,

                Defendants.
------------------------------------------------------------X

**IT IS HEREBY ORDERED THAT** the accompanying exhibits containing Plaintiff's medical records from Correctional Health Services and Bellevue Prison Ward in of support Defendants' Motion to Dismiss, pursuant to Federal Rule of Civil Procedure 12(b)(6), be filed under seal.

So Ordered this _16th_ day of December, 2019

New York, New York

                                          SO ORDERED:

                                          Naomi R. Buchwald, U.S.D.J.

2150517.1