UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LLOYD HAYNES,

                Plaintiff,

   -against-

THE CITY OF NEW YORK, NEW YORK CITY
DEPARTMENT OF CORRECTION, NEW YORK
CITY HEALTH AND HOSPITALS
CORPORATION, NEW YORK CITY
DEPARTMENT OF CORRECTION
COMMISSIONER CYNTHIA BRANN,
MANHATTAN DETENTION COMPLEX
WARDEN RALEEM MOSES, MANHATTAN
DETENTION COMPLEX CAPTAIN WINWICK,
MANHATTAN DETENTION COMPLEX
CAPTAIN LEE, MANHATTAN DETENTION
COMPLEX CAPTAIN AVIN, et al.,

                Defendants.
------------------------------------------------------------X

19 CIVIL 1925 (NRB)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 20, 2020, defendants' motion to dismiss is granted in its entirety. Plaintiff's state law claims are dismissed without prejudice; accordingly, this case is closed.

**Dated:** New York, New York

       August 21, 2020

                                            **RUBY J. KRAJICK**
                                               Clerk of Court

                          BY:

                                                 Deputy Clerk